Ron Tearia NICHOLAS, Petitioner–Appellant,

v.

Geraldine MIRO, Warden Allendale Correctional Institution; Charles M. Condon, Attorney General of South Carolina, Respondents–Appellees.

No. 02–7100.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Ron Tearia Nicholas, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ron Tearia Nicholas seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Nicholas v. Miro,* No. CA–01–4372–18BG (D.S.C. filed June 24, 2002, entered June 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*